UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

___

INTERSCOPE RECORDS, a California general
partnership; VIRGIN RECORDS AMERICA, INC.,
a California corporation; WARNER BROS.  Case No. 06-C-197
RECORDS INC., a Delaware corporation;
UMG RECORDINGS, INC., a Delaware corporation;
CAPITOL RECORDS, INC., a Delaware corporation;
BMG MUSIC, a New York general partnership;
SONY BMG MUSIC ENTERTAINMENT, a
Delaware general partnership; ARISTA RECORDS LLC,
a Delaware limited liability company; ATLANTIC
RECORDING CORPORATION, a Delaware corporation;
and ELEKTRA ENTERTAINMENT GROUP INC.,
a Delaware corporation,

       Plaintiffs,

v.

Nathalie Neree-Thompson,

       Defendants.
___

**ORDER**
___

  AND NOW, this 5th day of June, 2006, upon consideration of the Plaintiffs' Unopposed Motion to Amend Complaint, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

          BY THE COURT:

          s/ William C. Griesbach
          William C. Griesbach
          U.S. District Judge