UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

INTERSCOPE RECORDS, a California general
partnership; VIRGIN RECORDS AMERICA, INC.,
a California corporation; WARNER BROS. RECORDS
INC., a Delaware corporation; UMG RECORDINGS, INC.,
a Delaware corporation; CAPITOL RECORDS, INC.,
a Delaware corporation; BMG MUSIC, a New York
general partnership; SONY BMG MUSIC
ENTERTAINMENT, a Delaware general partnership;
ARISTA RECORDS LLC, a Delaware limited liability
company; ATLANTIC RECORDING CORPORATION,
a Delaware corporation; and ELEKTRA ENTERTAINMENT
GROUP INC., a Delaware corporation,

       Plaintiffs,                   Case No.: 06-C-197

v.

NATHALIE NEREE THOMPSON and LESLIE THOMPSON,

       Defendants.

---

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

---

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, **IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Defendant Leslie Thompson shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Amended Complaint, in the total principal sum of Twelve Thousand Seven Hundred Fifty Dollars ($12,750.00).

2. Defendant Leslie Thompson shall pay Plaintiffs' costs of suit herein in the amount of Two Hundred Fifty Dollars ($250.00).

3. Defendant Leslie Thompson shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Say You'll Be There," on album "Spice," by artist "Spice Girls" (SR# 201-276);
- "Dreams," on album "Rumours," by artist "Fleetwood Mac" (SR# N39857);
- "Da Art Of Storytellin'," on album "Aquemini," by artist "Outkast" (SR# 264-092);
- "Let's Wait Awhile," on album "Control," by artist "Janet Jackson" (SR# 69-529);
- "Burn Rubber (Why You Wanna Hurt Me?)," on album "The 12-Inch Collection," by artist "Gap Band" (SR# 70-785);
- "Heart of Glass," on album "Parallel Lines," by artist "Blondie" (SR# 4-090);
- "Don't Let Me Down," on album "Rock Steady," by artist "No Doubt" (SR# 305-872);
- "A Day Without Rain," on album "A Day Without Rain," by artist "Enya" (SR# 290-690);
- "Lately," on album "Tyrese," by artist "Tyrese" (SR# 237-788);
- "You Are So Beautiful," on album "For The Cool In You," by artist "Babyface" (SR# 184-540);
- "Hotel California," on album "Hotel California," by artist "Eagles" (SR# N38950);
- "How Come, How Long," on album "The Day," by artist "Babyface" (SR# 231-025 );
- "From This Moment On," on album "Come On Over," by artist "Shania Twain" (SR# 243-502 );
- "Desert Rose," on album "Brand New Day," by artist "Sting" (SR# 271-015 );
- "I'm A Thug," on album "Thugs Are Us," by artist "Trick Daddy" (SR# 303-748).
- "Gasoline Dreams," on album "Stankonia," by artist "Outkast" (SR# 306-741)
- "ATliens," on album "Atliens" by artist "Outkast" (SR # 233-296).

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of

2

Plaintiffs. Defendant Leslie Thompson also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated this 23rd day of September, 2006.

BY THE COURT:

s/ William C. Griesbach
William Griesbach
United States District Judge